IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANNA HAMPSHIRE, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No: JFM-15-1342 |
| JUSTIN AITA, et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER**

Justin Aita and City of Salisbury, Defendants, by KARPINSKI, COLARESI & KARP and DANIEL KARP, their attorneys, move to modify the Court's March 4, 2016 Scheduling Order, as follows:

1. On March 4, 2016, the Court issued a Scheduling Order which calls for completion of discovery and submission of a status report by June 30, 2016, the filing of Requests for Admission by July 7, 2016, and the filing of dispositive pre-trial motions by August 1, 2016.

2. The parties have worked cooperatively to complete discovery. Answers to Interrogatories and Responses to Requests for Production of Documents have been exchanged. Defense counsel was scheduled to depose the Plaintiffs on June 22, 2016, but defense counsel had to request a postponement of those depositions, and Plaintiffs' counsel agreed. Defendants are still gathering the Plaintiffs' medical records and have requested one of the Plaintiffs to sign a release so that the remaining records can be obtained.

3. Defendants request that the remaining dates on the Scheduling Order be extended by approximately sixty (60) days. The new proposed dates are as follows:

August 31, 2016 - Discovery deadline; submission of status report.

September 8, 2016 - Request for Admissions

September 30, 2016 - Dispositive pre-trial motions deadline.

4. Granting the relief requested will not prejudice any party. This case has been pending for just over a year at this time, and extending the deadlines as requested will not result in any undue delay in the disposition of the case.

5. While Plaintiffs do not join in this motion, they have authorized the undersigned to state that Plaintiffs do not oppose it and will consent to it.

For the aforegoing reasons, the parties request that the Scheduling Order be modified as set forth herein.

Respectfully submitted,

KARPINSKI, COLARESI & KARP

BY: ______________________________

DANIEL KARP, #00877
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
Brunokarp@bkcklaw.com
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of June, 2016, a copy of the foregoing was electronically filed, with notice to:

Luke A. Rommel, Esquire
Rommel & Associates
108 West Main Street
Suite B
Salisbury, Maryland 21801

Of Counsel for Defendants