KARPINSKI, COLARESI & KARP, P.A.
ATTORNEYS AT LAW
SUITE 1850, 120 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202-1605

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL: bkcklaw@aol.com
WEBSITE: www.kcklegal.com

DANIEL KARP *
KEVIN KARPINSKI *
RICHARD T. COLARESI
VICTORIA M. SHEARER *
SANDRA D. LEE **
MICHAEL B. RYND
J. MICHAEL COLLITON *
E. I. CORNBROOKS, IV
NINA M. BALL
MICHELLE L. SEIDLECK

* ADMITTED IN MD AND D.C.
** ADMITTED IN MD, N.Y. AND D.C.

August 30, 2016

via electronic filing
The Honorable J. Frederick Motz
United States District Court Judge
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re: 335-139
*Hampshire, et al. v. Aita, et al.*
Case No: 1:15-cv-01342-JFM

Dear Judge Motz:

Please allow this to serve as the parties' status report in the above-referenced case.

Discovery has been completed. There are no motions pending, but I am contemplating filing at least a partial motion for summary judgment by the September 30, 2016 due date. Plaintiffs also anticipate filing a motion for partial summary judgment.

The case will be tried to a jury and will likely take three days.

There have been no settlement discussions and we do not anticipate that there will be any. Nor do we believe that referral to a Magistrate for a settlement conference would be productive.

There is no unanimous consent for referral to a Magistrate Judge.

There are no other matters which the parties would like to call the Court's attention at this point.

Respectfully yours,

KARPINSKI, COLARESI & KARP

BY: Daniel Karp

DK/bkh
cc: Luke A. Rommel, Esquire